BASA_Jeffrey.mtn

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

F I L E D
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEFFREY SABLAN BASA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 99-00046 <br><br> **UNITED STATES' MOTION TO AMEND JUDGMENT AND ORDER** |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Honorable Court for an Amended Judgment of Defendant JEFFREY SABLAN BASA to include the restitution liability be paid jointly and severally with defendant Francisco Nakatsuka Basa in Criminal Court No. 99-00050 as stated in defendant Francisco Nakatsuka Basa's judgment.

//
//
//
//
//

1   Defendant JEFFREY SABLAN BASA's amended judgment should reflect the restitution
2   liability to be paid jointly and severally with his co-conspirators, (1) Melvin Nakatsukasa Basa in
3   Criminal Court No. 99-00050; (2) Jeronimo Sablan Ada in Criminal Court No. 99-00051; and (3)
4   Francisco Nakatsukasa Basa in Criminal Court No. 00-00001.

RESPECTFULLY SUBMITTED this 6th day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

O R D E R

APPROVED and SO ORDERED this 8TH day of February, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands

RECEIVED
FEB - 8 2006
Clerk
District Court
For The Northern Mariana Islands

- 2 -