AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1
Case 1:99-cr-00046   Document 18   Filed 03/22/2006   Page 1 of 3
(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
District of _____

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JEFFREY SABLAN BASA | Case Number: CR-99-00046-001 |
| | USM Number: 00314-005 |
| | William Campbell, Esq. |
| | Defendant's Attorney |

FILED
District Court
MAR 2 2 2006
For The Northern Mariana Islands
By _____ (Deputy Clerk)

**Date of Original Judgment:** 2/8/2000
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
- ☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☑ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- ☑ pleaded guilty to count(s)  I, II and III
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §2119 | Taking a Motor Vehicle Transported in Foreign Commerce w/Intent to Cause Bodily Harm by Violence | 7/11/1999 | I |
| 18 USC §1951(b)(1)(b)(3) | Affecting Commerce by Robbery | 7/11/1999 | II |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s) _____
- ☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/8/2000
Date of Imposition of Judgment

_/s/ Alex R. Munson_
Signature of Judge

Hon. Alex R. Munson       Chief Judge
Name of Judge             Title of Judge

3-22-2006
Date

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case  
Sheet 1A  
Case 1:99-cr-00046  Document 18  Filed 03/22/2006  Page 2 of 3  
(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: JEFFREY SABLAN BASA  
CASE NUMBER: CR-99-00046-001

Judgment — Page 2 of 6

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §922(g)(1) | Felon in Possession of a Firearm | 7/11/1999 | III |

DEFENDANT: JEFFREY SABLAN BASA
CASE NUMBER: CR-99-00046-001

Judgment — Page 3 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

132 months for each of Counts I, II, and III; terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

While in prison, the defendant shall participate in a drug and mental health treatment program. He shall also earn a high school diploma or its equivalent.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL