AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
        Sheet 3C — Supervised Release                                   (NOTE: Identify Changes with Asterisks (*))

DEFENDANT: JEFFREY SABLAN BASA                 Judgment—Page 4 of 6
CASE NUMBER: CR-99-00046-001

# SPECIAL CONDITIONS OF SUPERVISION

1. That the defendant shall not commit another federal, state, or local crime;

2. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission;

3. that the defendant shall not possess a firearm or alther dangerous weapon;

*4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test wtihin 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer;

5. That the defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse;

6. That the defendant shall refrain from the use of alcohol;

7. That the defendant shall seek and maintain gainful employment;

8. That the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office;

*9. That the defendant shall be jointly and severally liable with Jeronimo Sablan Ada, Criminal Case 99-00051 and Melvin Nakatsukasa Basa, Criminal Case 99-00050 and Francisco Nakatsukasa Basa in Criminal Case 00-00001 to pay restitution to the following victims:

| | |
|---|---|
| Wu, Guo Qing<br>c/o American Kai Hua Corp.<br>PR 688 Box 10004<br>Saipan, MP 96950 | $4,088 |
| Fleming Harumi and Jia Jia Ueda<br>P.O. Box 500798<br>Saipan, MP 96950 | $1,483 |
| Commonwealth Health Center<br>c/o CNMI Department of Finance<br>Division of Treasury<br>P.O. Box 5234<br>Saipan, MP 96950 | $1,868 |

Restitution payments shall be mailed to the U.S. Distrcit Court of the Northern Mariana Islands, Attention: Clerk of Court, P.O. Box 500687, Saipan, MP 96950

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties
(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 5 of 6

DEFENDANT: JEFFREY SABLAN BASA
CASE NUMBER: CR-99-00046-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 300.00 | $ | $ 7,439.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Wu, Guo Qing | $4,088.00 | $4,088.00 | 100% |
| Fleming Harumi and Jia Jia Ueda | $1,483.00 | $1,483.00 | 100% |
| Commonwealth Health Center | $1,868.00 | $1,868.00 | 100% |
| TOTALS | $ 7,439.00 | $ 7,439.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for  ☐ fine  ☐ restitution.

  ☐ the interest requirement for  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C  (Rev. 06/05) Amended Judgment in a Criminal Case
       Sheet 6 — Schedule of Payments                                                    (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  JEFFREY SABLAN BASA                                    Judgment — Page  6  of  6
CASE NUMBER:  CR-99-00046-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☑  Lump sum payment of $ 7,739.00  due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.
   Jeronimo S. Ada; CR-99-00051; $7,439.00
   Melvin Nakatsukasa Basa; CR-99-00050; $7,439.00
   Francisco Nakatsukasa Basa; CR-00-00001; $7,439.00

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.